FILED IN OPEN COURT
ON 8-24-2023
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CT-3223-D

| | | |
|---|---|---|
| SHAWN GERMAINE FRALEY,<br><br>Plaintiff,<br><br>v.<br><br>CAPTAIN TANA HILL-DILLARD and<br>SGT. TERRANCE T. DANCE,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **VERDICT FORM** |

## ISSUE 1

1. Did defendant Captain Tana Hill-Dillard or defendant Sgt. Terrance T. Dance use excessive force against plaintiff Shawn Germaine Fraley on March 26, 2020?

Defendant Captain Tana Hill-Dillard: Yes____. No ✓.

Defendant Sgt. Terrance T. Dance: Yes____. No ✓.

If you answered "No" as to both defendants on Issue 1, the case is over. The jury foreperson should sign and date the verdict form on page two.

If you answered "Yes" as to either defendant on Issue 1, then answer Issue 2 as to that defendant.

## ISSUE 2

2. If the jury unanimously has decided to award compensatory damages to plaintiff Shawn Germaine Fraley from the relevant defendant, what amount of compensatory damages, if any, does the jury unanimously award plaintiff Shawn Germaine Fraley from that defendant?

You can award compensatory damages against a defendant only if you answered Issue 1 "Yes" as to the relevant defendant.

Defendant Captain Tana Hill-Dillard: $ ________________________.

Defendant Sgt. Terrance T. Dance: $ ________________________.

If you awarded compensatory damages, you can answer Issue 3 as to the relevant defendant.

## ISSUE 3

3. If the jury unanimously has decided to award punitive damages to plaintiff Shawn Germaine Fraley from the relevant defendant, what amount of punitive damages, if any, does the jury unanimously award plaintiff Shawn Germaine Fraley from that defendant?

You can award punitive damages against a defendant only if you answered Issue 1 "Yes" as to the relevant defendant.

Defendant Captain Tana Hill-Dillard: $ ________________________.

Defendant Sgt. Terrance T. Dance: $ ________________________.

These are our unanimous answers. So say we all this ___ day of August, 2023.

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.